JESSE JANES, Appellant, v. GEORGE VINCENT WALKER, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event.  All concur.  (The judgment dismisses plaintiff's complaint on the merits at the close of all of the evidence in an action for damages in an automobile negligence action.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DERNER, Appellant.— Order and judgments of conviction affirmed.  All concur, except Harris, J., who dissents and votes for reversal and for a new trial on the ground that the order of consolidation was not granted in the exercise of sound discretion.  (The judgments convict the defendant of imperiling the morals of infants.  The order consolidates three indictments and requires them to be tried together.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GRACE M. LALLY, as Executrix, etc., of HENRY F. LALLY, Deceased, Respondent, v. KATHARINE WILSON and Others, Appellants, CHARLOTTE G. SHEFFIELD and Others, Defendants.— Judgment affirmed, with costs.  All concur.  (The judgment directs the appealing defendants to deliver to plaintiff 122 shares of stock and pay the sum of $4,880 in an action for specific performance of a contract.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.  [See post, p. 816.]

In the Matter of the Judicial Settlement of the Accounts of FIRST TRUST AND DEPOSIT COMPANY, as Trustee under the Last Will and Testament of PERCY E. ROCHE, Deceased.— Motion to amend order entered May 7, 1941, granted, and order amended by striking out the words " without costs " and inserting in place thereof the words " with costs and disbursements to the Special Guardian payable out of the two trust funds."  [See ante, p. 798.]  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Probate of the Last Will and Testament of BRIDGET FLYNN, Deceased.— Motion for a reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN RICHARD LEFRANCOIS, Respondent, v. HOBART COLLEGE and ELMER HENRY, Appellants.— Motion to amend order entered May 7, 1941, granted and order amended so as to disapprove findings of fact numbered 12 and 13 and to make new findings of fact.  Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted and questions for review certified.  [See ante, p. 802.]  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

## (May 27, 1941.)

In the Matter of the Estate of JOHN LETTIERI, Deceased.— Decree affirmed, without costs.  All concur.  (The decree dismisses claim against estate as being barred by Statute of Limitations in a claim against an estate for board furnished and money advanced for decedent's wife.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.